726   In re United Energy Corporation Solar Power Modules tax Shelter Investments Securities Litigation

| Date | No. | Description |
|---|---|---|
| 87/02/02 | 1 | MOTION, BRIEF, SCHEDULE (A-1 and A-2), EXHIBITS, CERTIFICATE OF SERVICE -- defts. Pachter, Gold & Schaffer and Charles B. Baumer -- SUGGESTED TRANSFEREE DISTRICT: C.D. CALIFORNIA (cds) |
| 87/02/05 | 2 | REQUEST FOR EXTENSION OF TIME -- Granted to Cleaveland plaintiffs to and including March 2, 1987. (tmq) |
| 87/02/12 | | APPEARANCES: DAVID A. LOWE, ESQ. for James R. Cleaveland, et al.; Adrain Manel, et al.; Pachter, et al. (tmq) |
| 87/02/13 | | APPEARANCE: JAMES L. HUDGENS, ESQ. for Kenneth M. Christison, Christison & Hudgens. (tmq) |
| 87/02/17 | | APPEARANCE: MONTIE S. DAY, ESQ. for Montie S. Day, Day & McBride. (tmq) |
| 87/02/18 | 3 | RESPONSE (to pldg. #1) -- Pltf. Mandel -- w/cert. of svc. (tmq) |
| 87/02/18 | 4 | RESPONSE (to pldg. #1) -- Defts. Lamperts, Burns, Thorne, Montie S. Day and Day & McBride -- w/cert. of svc. (tmq) |
| 87/02/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 26, 1987 in San Diego, California (cds) |
| 87/02/27 | 5 | LETTER -- Owen L. Barkley (State Court deft.) -- w/cert. of svc. (tmq) |
| 87/03/02 | 6 | RESPONSE/BRIEF (to pldg. #1) -- Plaintiffs James R. Cleaveland, et al. -- w/cert. of service (cds) |
| 87/03/09 | 7 | REPLY, BRIEF, EXHIBITS -- defts. Pachter, Gold & Schaffer and Charles B. Baumer -- w/cert. of service (cds) |
| 87/03/24 | | HEARING APPEARANCES: (3/26/87) ELIZABETH JOAN CABRASER, ESQ. for Adrian Mandel, et al.; DAVID A. LOWE, ESQ. for The Cleaveland Plaintiffs; JON R. VAUGHT, ESQ. for Ernest Lampert, et al. (tmq) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 726 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/02/24 | | APPEARANCE: JOHN H. BRINSLEY, ESQ. for Charles B. Baumer. (tmq) |
| 87/03/26 | | WAIVERS OF ORAL ARGUMENT FOR 3/26/87 HEARING SAN DIEGO, CALIFORNIA -- ALL WAIVE (tmq) |
| 87/05/22 | 8 | LETTER -- Charles Baumer and Pacher Gold & Schaffer (re: recent developments -- W/Cert. of Svc. (paa) |
| 87/06/02 | 9 | LETTER(dated 6/1/87) -- Cleveland plaintiffs (re: pldg. #8) -- w/cert. of svc. (tmq) |
| 87/06/05 | | CONSENT OF TRANSFEREE COURT -- for transfer of litigation to C.D. California to the Hon. David V. Kenyon pursuant to 28 U.S.C. §1407 (rh) |
| 87/06/05 | | TRANSFER ORDER -- transferring A-2 to the C.D. California pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 87/06/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-3 Frederick S. Wyle, etc. v. Robert J. Burns, et al., N.D. California, C.A. No. C-87-20348-WAI -- Notified involved counsel and judges (rh) |
| 87/07/07 | 10 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- pltf. in (B-3) Frederick S. Wyle v. Robert J. Burns, et al., N.D. California, C.A. No. C-87-20348-WAI -- Notified involved counsel and judges (cds) |
| 87/07/22 | 11 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER, W/BRIEF, SCHEDULE, DECLARATION, EXHIBITS 1-14 -- pltf. in (B-3) Frederick S. Wyle v. Robert J. Burns, et al., N.D. California, C.A. No. C-87-20348-WAI -- w/cert. of service (cds) |
| 87/07/30 | | HEARING ORDER -- Setting opposition of plaintiff (B-3) Frederick S. Wyle, etc. v. Robert J. Burns, et al., N.D. California, C.A. No. C-87-20348-WAI for hearing on September 16, 1987, in Philadelphia, Pa. -- Notified counsel, clerks, and involved judges. rew. |

JPML FORM 1A                                                          p. 3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 726 -- In re United Energy Corporation Solar Power Modules Tax Shelter Investments Securities Litigation

| Date | No. | Pleading Description |
|---|---|---|
| 87/08/05 | 12 | RESPONSE/BRIEF -- (to pldg. #11) Filed by pltf. James R. Cleaveland, et al. -- w/cert. of svc. (rh) |
| 87/09/08 | 13 | LETTER -- From pltf. James Cleaveland regarding recent developments (re: B-3) -- W/Cert. of Svc. (paa) |
| 87/09/16 |  | HEARING APPEARANCES: DAVID A. LOWE, ESQ. for James R. Cleaveland, et al. (cds) |
| 87/09/16 |  | WAIVERS OF ORAL ARGUMENT: Frederick S. Wyle, etc.; Ernest Lampert, et al. (cds) |
| 87/09/24 |  | TRANSFER ORDER -- B-3 Frederick S. Wyle, etc. v. Robert J. Burns, et al., N.D. California, C.A. No. C-87-20348-WAI -- Notified involved judges, clerks and counsel -- (action transferred to C.D. California) (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 726 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re United Energy Corporation Solar Power Modules Tax Shelter Investments Securities Lit.

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 26, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 5, 1987 | TO | Unpublished | C.D. California *973* | Hon. David V. Kenyon | |

### Special Transferee Information

DATE CLOSED: *6·26·91*

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Central District of California
Honorable David V. Kenyon

DOCKET NO. 726 -- In re United Energy Corporation Solar Power Modules Tax Shelter Investments Sec. Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James R. Cleaveland, et al. v. Ernest Lampert, et al. | Cal.,C. Kenyon | CV86-3538 KN(Ka) | | | Closed | |
| A-2 | Adrian Mandel, et al. v. Charles B. Baumer, et al. | Cal.,N. Ingram | C-86-20730 (WAI) | 6-5-87 | 87-3962 | 3/13/89 D | ✓ |
| B-3 | Frederick S. Wyle, etc. v. Robert J. Burns, et al. 6-23-87 opposed 7/7/87 | Cal.,N. Ingram | C-87-20348 WAI | 9-24-87 | 87-6495 | JS-6 6/26/91 | |

July 1989 - 1 Dis / 2 Pending
July 1990 - Same - 2 Pending
July 1991 - 1 Dis / 1 Pending
July 1992 - 1 Dism. / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 726 -- In re United Energy Corporation Solar Power Modules Tax Shelter Investments Securities Litigation

---

JAMES R. CLEVELAND, ET AL. (A-1)
David A. Lowe, Esquire
Stephens, Berg, Lasater & Schulman
A Professional Corporation
626 Wilshire Boulevard - Eleventh Floor
Los Angeles, California 90017

ADRIAN MANDEL, ET AL. (A-2)
Elizabeth Joan Cabraser, Esquire
Lieff & Cabraser
One Market Plaza
Steuart Street Tower
Suite 2504
San Francisco, California 94105

MONTIE S. DAY
DAY & MCBRIDE
Montie S. Day, Esquire
Day Law Corporation
80 Swan Way, Suite 301
Oakland, California 94621

CHARLES B. BAUMER
PACHTER, GOLD & SCHAFFER
John H. Brinsley, Esquire
Paul, Hastings, Janofsky & Walker
555 South Flower Street
Twenty-Second Floor
Los Angeles, California 90071

~~MONTIE S. DAY~~
~~DAY & MCBRIDE~~
ROBERT J. BURNS
JOHN P. THORNE
DELPHINE LAMPERT
ERNEST LAMPERT (No App. Rec'd)
Jon R. Vaught, Esquire
Day Law Corporation
80 Swan Way, Suite 301
Oakland, CA 94621

RENEWABLE POWER CORP. a/k/a R.P.C. or RPC (No App. Rec'd)
Patricia S. Mar, Esquire
Feldman, Waldman & Kline
2700 Russ Building
235 Montgomery Street
San Francisco, CA 94104

TANDEM HOLDING CO., INC.
TENDEM PLANNING, INC.
MICHAEL B. UPTON (No App. Rec'd)
Stuart W. Knight, Esquire
13522 Newport Avenue, Suite 201
Tustin, CA 92680

KENNETH M. CHRISTISON
CHRISTISON & HUDGENS
James L. Hudgens, Esquire
Christison & Hudgens
1660 Tiburon Blvd., Suite E
Tiburon, CA 94920

UNABLE TO DETERMINE COUNSEL OR ADDRESS OF THE FOLLOWING
ALAN M. KORNFIELD
~~CHARLES B. BAUMER~~

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

**FREDERICK S. WYLE, ETC. (B-3)**
Patricia S. Mar, Esquire

(SAME AS RENEWABLE POWER CORP.)

JPML FORM 3

p. __1__

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _726_ -- In re United Energy Corp. Solar Power Modules Tax Shelter Investments Sec. Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Ernest Lampert ⊢ | A-1, ~~A-2~~ |
| Delphine Lampert ✗ | A-1 |
| ✗ Renewable Power Corp. a/k/a R.P.C. or RPC | A-1 |
| Tandem Holding Co., Inc. a/k/a Tandem Planning, Inc. ✗ | A-1 |
| United Financial Corp. a/k/a U.F.C. and UFC ✗ | A-1 |
| Michael B. Upton ⟨ | A-1 |
| Alan M. Kornfield ○ | A-1 |
| Robert J. Burns ✗ | A-1, B-3 |
| John P. Thorne ✗ | A-1, B-3 |
| Charles B. Baumer ○ | A-1, A-2 |
| Pachter, Gold & Schaffer | A-1, A-2 |

p. 2

| | |
|---|---|
| Kenneth M. Cristison<br><br>✗ | A-1, A-2 |
| Christison & Hudgens<br><br>✗ | A-1, A-2 |
| Montie S. Day<br><br>✗ | A-2 |
| Day & McBride<br><br>✗ | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |