JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN -5 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 726

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE UNITED ENERGY CORPORATION SOLAR POWER MODULES TAX SHELTER INVESTMENTS SECURITIES LITIGATION

TRANSFER ORDER*

    This litigation presently consists of two actions pending in two federal districts: one action each in the Central District of California and the Northern District of California. Before the Panel is a motion, by two parties that are defendants in both actions, to centralize the actions in the Central District of California, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings.[1] Plaintiffs in the Northern District action support centralization but favor the Northern District of California as the transferee forum. Plaintiffs in the Central District action and six defendants oppose centralization. If the Panel nevertheless concludes that centralization is appropriate, then the Central District plaintiffs favor selection of the Central District of California as the transferee forum.

    On the basis of the papers filed and the hearing held, the Panel finds that these two actions involve common questions of fact and that centralization under Section 1407 in the Central District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Both actions contain allegations of violations of federal securities laws in connection with the marketing and sale, by United Energy Corporation (UEC) and related entities, of tax-sheltered investment interests in solar modules. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

    Although we are of the view that either the Northern District of California or the Central District of California could be described as an appropriate transferee forum for this litigation, on balance we conclude that the Central District of California is the more preferable. We note that 1) the action pending in that district is the first-filed of the two actions and is more comprehensive, at least in terms of numbers of parties involved; and 2) the majority of parties that has stated a position in this matter favors the Central District of California as the transferee forum.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Northern District of California be, and the same hereby is, transferred to the Central District of California and, with the consent of that court, assigned to the Honorable David V. Kenyon for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*   Judge Louis H. Pollak took no part in the decision of this matter.

[1]  The Panel has been advised of the pendency of an additional related action in the Northern District of California. This action will be treated as a potential tag-along action in accordance with Panel Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

SCHEDULE A

<u>MDL-726 -- In re United Energy Corporation Solar Power Modules
        Tax Shelter Investments Securities Litigation</u>

   <u>Central District of California</u>

<u>James R. Cleaveland, et al. v. Ernest Lampert, et al.</u>, C.A.
   No. CV86-3538 KN(Ka)

   <u>Northern District of California</u>

<u>Adrian Mandel, et al. v. Charles B. Baumer, et al.</u>, C.A. No.
   C-86-20730 (WAI)